■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL R. ROSEBOOM, Appellant.—Appeal from a judgment of the County Court of Otsego County (Mogavero, Jr., J.), rendered February 26, 1990, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant's admitted violations of the terms and conditions of his probation included a violation of Agriculture and Markets Law § 353 involving the torturing of animals, failure to appear for scheduled evaluations for substance abuse and for incarceration on a designated weekend. Under these circum-

stances, County Court did not abuse its discretion in resentencing defendant to a term of imprisonment of 1½ to 4½ years on his conviction for burglary in the third degree. The sentence was authorized by statute and was less than the maximum that could have been imposed *(see,* Penal Law § 70.00 [2], [3]; *People v Nazarian,* 150 AD2d 923, *lv denied* 74 NY2d 744). However, the 1½-to-4½-year sentence imposed on the conviction for criminal mischief in the third degree, a class E felony, was beyond the scope of imprisonment provided by statute and was therefore illegal *(see,* Penal Law § 70.00 [2], [3]). Nevertheless, since the sentence imposed for this crime is concurrent with the burglary conviction, there is no reason to reduce the sentence below a term of 1⅓ to 4 years, the most severe sentence permitted *(see, People v Johnson,* 140 AD2d 257, *lv denied* 72 NY2d 920; *People v Lanier,* 114 AD2d 339, *lv denied* 67 NY2d 653).

Judgment modified, on the law, by reducing the sentence for the conviction of the crime of criminal mischief in the third degree to a term of imprisonment of 1⅓ to 4 years, and, as so modified, affirmed. Kane, J. P., Casey, Levine, Mercure and Harvey, JJ., concur.